deals with distribution of the amount recovered and is not a part of the measure of the amount that may be recovered.

PHYLLIS MACCHIA, Respondent, v. ANTHONY F. MACCHIA, Appellant.—Appeal from order in a separation action awarding plaintiff alimony at the rate of fifteen dollars per week and counsel fee of $125. Order modified by eliminating the provision for counsel fee, and as so modified affirmed, without costs. The papers warrant the conclusion that plaintiff has in her possession $1,200, saved from moneys earned by defendant. Under the circumstances she is in a position to pay the counsel fee. This action was commenced in August, 1934. There should be no further delay in bringing the action for trial. A failure to bring the action on for early trial would justify an application to end the payment of temporary alimony. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

ANDREW McTIGUE, JR., Appellant, v. ANDREW WESTON, Respondent.— In an action for libel, order denying plaintiff's motion to strike out the first affirmative defense as being insufficient in law affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

CHARLES NATHAN and Another, Respondents, v. NATHAN NELSON, Appellant. — In an action to recover damages for personal injuries resulting from a collision between automobiles, in one of which plaintiffs were passengers, order directing the examination of defendant before trial affirmed, but without costs, respondents having failed to file a brief; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE CARDACINO, Appellant.— Judgment of the Court of Special Sessions of the city of New York, borough of Brooklyn, convicting defendant of the crime of practicing a fraud or making a false representation and committing a willful act designed to interfere with the proper administration of public relief and care, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY SHIEPKO, Alias STANLEY WORDINSKI, Alias STANLEY WORDINASKY, Appellant.— Judgment of the County Court of Queens county convicting defendant of the crime of burglary in the third degree, under which he was sentenced to imprisonment in Elmira Reformatory, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SIKOFF, Appellant.— Judgment of the County Court of Queens county convicting defendant of the crime of burglary in the third degree, under which he was sentenced to imprisonment in Elmira Reformatory, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

WILLIAM RECHT, Respondent, v. JOSEPH WEINER, Appellant.— Resettled order denying defendant's motion to vacate service of process in an action for work, labor and services on the ground that he was immune from service of process because he was a non-resident in attendance upon a pending action, affirmed, with ten dollars costs and disbursements. Appeal from order dated December 7, 1934, dismissed; such order having been superseded by the order entered on motion for